# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOESES NAFFAA, Individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC., THE CIRCLE K CORPORATION and DOES 1 through 100 inclusive<br><br>Defendants. | Case No. 2:20-CV-00623-WBS-DB<br><br>**ORDER CONTINUING THE RULE 26(F) CONFERENCE**<br><br>Complaint Filed: March 1, 2019<br>FAC Filed: June 21, 2019 |

ORDER

Having considered Plaintiff Moeses Naffaa ("Plaintiff") and Defendant Circle K Stores, Inc.'s ("Circle K") (Plaintiff and Defendant collectively known as the "Parties") Stipulation for a Continuance to the Rule 26(f) Conference and good cause appearing thereto,

**THIS COURT ORDERS AS FOLLOWS:**

1. The Rule 26(f) Conference is continued until **November 9. 2020 at 1:30 p.m. in Courtroom 5 (WBS)**; and

2. The Parties are required to submit a Joint Discovery Report no later than **October 26, 2020**.

**IT IS SO ORDERED.**

Dated: August 31, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE