# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOESES NAFFAA, Individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC., THE CIRCLE K CORPORATION and DOES 1 through 100 inclusive<br><br>Defendants. | Case No. 2:20-CV-00623-WBS-DB<br><br>Hon. William Shubb<br><br>**ORDER CONTINUING THE RULE 26(F) CONFERENCE**<br><br>Complaint Filed:   March 1, 2019<br>FAC Filed:            June 21, 2019 |

ORDER

# ORDER

Having considered Plaintiff Moeses Naffaa ("Plaintiff") and Defendant Circle K Stores, Inc.'s ("Circle K") (Plaintiff and Defendant collectively known as the "Parties") Stipulated Request for a Continuance to the Rule 26(f) Conference and good cause appearing thereto,

**THIS COURT ORDERS AS FOLLOWS:**

1. The Rule 26(f) Scheduling Conference is continued until **July 6, 2021 at 1:30 p.m.**; and

2. The Parties are required to submit a Joint Discovery Report no later than **June 21, 2021**.

**IT IS SO ORDERED.**

**Dated:  March 16, 2021**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER