# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOESES NAFFAA, Individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC., THE CIRCLE K CORPORATION and DOES 1 through 100 inclusive<br><br>Defendants. | Case No. 2:20-CV-00623-WBS-DB<br><br>Hon. William B. Shubb<br><br>**ORDER ON JOINT STIPULATION TO REMAND THE CASE FOR SETTLEMENT APPROVAL PURPOSES** |

# ORDER

Having read and considered the foregoing Joint Stipulation to Remand the Case for Settlement Approval Purposes, and good cause appearing, the Court hereby orders that this case be remanded to California Superior Court, County of San Bernardino, for purposes of class action settlement approval. The Court further orders that any other dates previously set in this matter are vacated.

**IT IS SO ORDERED.**

Dated: March 17, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE